379 A.2d 605

Commonwealth v. Rhames, Appellant.

Submitted March 14, 1977.  David W. Stitely, Assistant Public Defender, for appellant;  Morrison B. Williams and Sheryl Ann Dorney, Assistant District Attorneys, and Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.